IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| MICHELLE NEMPHOS ex rel. C.G.N., | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Case No. GLR-12-2718 |
| | : | |
| NESTLÉ USA, INC., et al., | : | |
| | : | |
| Defendants. | : | |
| | : | |

## ORDER

THIS MATTER is before the Court on Defendants Nestlé USA, Inc., Nestlé Waters North America, Inc., Gerber Products Company, Inc., and The Dannon Company, Inc.'s (collectively, the "Defendants") Motions to Dismiss Plaintiff Michelle Nemphos's Complaint. For the reasons stated in the foregoing Memorandum Opinion, it is this 21st day of August, 2013, hereby

ORDERED that the Defendants' Motions (ECF Nos. 16, 17) are GRANTED. The Clerk is DIRECTED to CLOSE the case.

/s/
_____
George L. Russell, III
United States District Judge